UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES H. LEE, JR. (#386633)

VERSUS

LEE WADE, ET AL.

CIVIL ACTION

NO. 14-272-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 21, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's *Complaint* is dismissed for failure to state a claim, predicated on the Plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint *in forma pauperis*.

Baton Rouge, Louisiana the 18 day of June, 2014.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 8.